IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES J. SIMMONS and KEISHA S. SIMMONS, </br></br>　　Plaintiffs, </br></br>v. </br></br>FAY SERVICING, LLC, KML LAW GROUP, P.C., and WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NYMT LOAN TRUST I, </br></br>　　Defendants. | Case No. 3:21-cv-01742-MEM |

## CERTIFICATE OF SERVICE

I, Grace M. Deon, do hereby certify that on the 28th day of January, 2022, I served a true and correct copy of Defendants', Fay Servicing, LLC and Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I, Answer with Affirmative Defenses and my Entry of Appearance, via electronic filing/ECF upon the following, by and through their counsel of record:

1

| | |
|---|---|
| Joshua B. Goldberg, Esquire<br>Arm Lawyers<br>18 North 8th Street<br>Stroudsburg, PA  18360<br>Email:  *jgoldberg@armlawyers.com* | Joseph I. Foley, Esquire<br>McCabe, Weisberg & Conway, P.C.<br>123 South Broad Street, Ste. 1400<br>Philadelphia, PA  19109<br>Email:  *jfoley@mwc-law.com* |

                                            **EASTBURN AND GRAY, P.C.**

Dated:  January 28, 2022           By: *[signature: Grace M. Deon]*
                                           Grace M. Deon
                                             Attorneys for Defendants
                                             Fay Servicing, LLC and Wilmington
                                             Savings Fund Society, FSB
                                             60 East Court Street, P.O. Box 1389
                                             Doylestown, PA  18901
                                             Phone:  (215) 345-7000
                                             Facsimile:  (215) 345-9142
                                             gdeon@eastburngray.com